AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No. 0:23−cv−00354−WMW−JFD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __RentGrow, Inc__ was received by me on *(date)* __April 26, 2023__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Corey Edwards, Customer Service Associate__, who is designated by law to accept service of process on behalf of *(name of organization)* __Corporation Service Company, Registered Agent for RentGrow, Inc 84 State St Boston, MA 02109__ on *(date)* __April 27, 2023__; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: __April 28, 2023__                        _____
                                                 Server's signature

                                                 Derrick Hughes, Constable
                                                 *Printed name and title*
                                                 Hughes & Associates
                                                 PO Box 256109
                                                 Dorchester, MA 02125
                                                 857-312-9791(Cell)
                                                 const.dhughes@gmail.com
                                                 Facebook: Hughes & Associates
                                                 Member of NAPPS(National Association of
                                                 Professional Process Servers)
                                                 Member of Boston Constable Association

Additional information regarding attempted service, etc: